RAM & OLSON
Michael F. Ram (SBN 104805)
mram@ramolson.com
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

EDELSON & ASSOCIATES, LLC
Marc H. Edelson (*Pro Hac Vice*)
medelson@edelson-law.com
Liberato P. Verderame (*Pro Hac Vice*)
lverderame@edelson-law.com
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey L. Kodroff (*Pro Hac Vice*)
jkodroff@srkw-law.com
John A. Macoretta
JMacoretta@srkw-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | |
|---|---|
| NORMAND PERRON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO.<br><br><u>**CLASS ACTION**</u><br><br>**DECLARATION OF PLAINTIFF NORMAND PERRON IN LIEU OF AFFIDAVIT, PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)**<br><br>(Cal. Civ. Code § 1780(d); Cal. Code Civ. Proc § 2015.5)<br><br>**DEMAND FOR JURY TRIAL** |

Case No. _____ -- DECLARATION OF PLAINTIFF NORMAND PERRON IN LIEU OF AFFIDAVIT, PURUANT TO CALIFORNIA CIVIL CODE § 1780(c)

1

I, Normand Perron, declare:

1. I am a Plaintiff in the above-captioned lawsuit, and I submit this Declaration in support of Plaintiff's Complaint and in accordance with Civil Code section 1780(c) to state facts showing this action has been commenced in a county described in Civil Code section 1780 as a proper place for the trial of this action.

2. I am informed and believe based on Defendant Hewlett-Packard Company's internet website that Hewlett-Packard Company maintains its headquarters in Santa Clara County, that Defendant's offices in Santa Clara County are Defendant's principal place of business, and that Defendant transacts business in Santa Clara County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14 day of JAN, 2010, at REDONDO BEACH, California.

_M. D Perron_
Normand Perron

F:\Docs\1113-01\Pleadings\Complaint-Ex-A-Perron.doc

Case No. _____ -- DECLARATION OF PLAINTIFF NORMAND PERRON IN LIEU OF AFFIDAVIT, PURUANT TO CALIFORNIA CIVIL CODE § 1780(c)    2