| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com | MICHAEL F. RAM (SBN 104805)<br>RAM & OLSON LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415-433-4949<br>Facsimile: 415-433-7311<br>Email: mram@ramolson.com |
| KRISTOFOR T. HENNING (PAB 85047)<br>(*Pro Hac Vice forthcoming*)<br>FRANCO A. CORRADO (PAB 91436)<br>(*Pro Hac Vice forthcoming*)<br>SHEVON L. SCARAFILE (PAB 206552)<br>(*Pro Hac Vice forthcoming*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: khenning@morganlewis.com | MARC H. EDELSON<br>(*Pro Hac Vice forthcoming*)<br>EDELSON & ASSOCIATES, LLC<br>45 W. Court Street<br>Doylestown, PA 18901<br>Telephone: 215-230-8043<br>Facsimile: 215-230-8735<br>E-mail: medelson@edelson-law.com |
| Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | JOHN A. MACORETTA<br>(*Pro Hac Vice forthcoming*)<br>SPECTOR, ROSEMAN KODROFF &<br>WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: 215-496-0300<br>Facsimile: 215-496-6611<br>Email: jmacoretta@srkw-law.com |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

[Court seal: IT IS SO ORDERED / James Ware / Judge James Ware / 4/20/2010]

| | |
|---|---|
| NORMAND PERRON, and G. DAVID HATFIELD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 10-695 (JW)<br><br>**JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT** |

Case No. 10-695 JW

1  Pursuant to Local Rule 6-1(a), the undersigned counsel of record for Plaintiffs Normand Perron
2  and G. David Hatfield ("Plaintiffs") and Defendant Hewlett-Packard Company ("Defendant")
3  stipulate and agree to extend the time for Defendant to answer, move or otherwise respond to
4  Plaintiffs' initial Class Action Complaint ("Complaint") as follows:

5      WHEREAS, Plaintiff filed the Complaint on February 18, 2010;

6      WHEREAS, Defendant executed and returned a waiver of service of the Complaint on
7  February 23, 2010;

8      WHEREAS, absent extension, Defendant's deadline to answer, move or otherwise
9  respond is April 23, 2010;

10     WHEREAS, Plaintiffs and Defendant agree that the time for Defendant to answer, move
11 or otherwise respond to the Complaint shall be extended by seven (7) days until April 30, 2010,
12 and such extension is effective without Court approval pursuant to Local Rule 6-1(a);

13     WHEREAS, the parties have not agreed to any prior extensions of time in this action;

14     WHEREAS, this stipulated extension will not alter the date of any event or any deadline
15 already fixed by the Court;

16     IT IS HEREBY STIPULATED, by the parties, that Defendant will be permitted until
17 April 30, 2010 to answer, move or otherwise respond to Plaintiffs' Complaint.

18 Dated:  April 16, 2010           MORGAN, LEWIS & BOCKIUS LLP

19                          By:       */s/ Kristofor T. Henning*
20                                   Kristofor T. Henning

21                                   Attorneys for Defendant
22                                   HEWLETT-PACKARD COMPANY

23 Dated:  April 16, 2010           RAM & OLSON LLP
24                                   EDELSON & ASSOCIATES, LLC
                                     SPECTOR, ROSEMAN & KODROFF & WILLIS, P.C.
25

26                          By:       */s/ John A. Macoretta*
27                                   John A. Macoretta
                                     Attorneys for Plaintiffs
28