| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com | MICHAEL F. RAM (SBN 104805)<br>RAM & OLSON LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415-433-4949<br>Facsimile: 415-433-7311<br>Email: mram@ramolson.com |
| KRISTOFOR T. HENNING (PAB 85047)<br>(*Pro Hac Vice*)<br>FRANCO A. CORRADO (PAB 91436)<br>(*Pro Hac Vice*)<br>SHEVON L. SCARAFILE (PAB 206552)<br>(*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: khenning@morganlewis.com | MARC H. EDELSON<br>(*Pro Hac Vice forthcoming*)<br>EDELSON & ASSOCIATES, LLC<br>45 W. Court Street<br>Doylestown, PA 18901<br>Telephone: 215-230-8043<br>Facsimile: 215-230-8735<br>E-mail: medelson@edelson-law.com |
| Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | JOHN A. MACORETTA<br>(*Pro Hac Vice*)<br>SPECTOR, ROSEMAN KODROFF &<br>WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: 215-496-0300<br>Facsimile: 215-496-6611<br>Email: jmacoretta@srkw-law.com |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*IT IS SO ORDERED*
Judge James Ware
6/1/2010

| | |
|---|---|
| NORMAND PERRON, and G. DAVID HATFIELD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 10-695 (JW)<br><br>**JOINT STIPULATION REGARDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT** |

Case No. 10-695 JW

Joint Stipulation Regarding Defendant's Time to Answer, Move or Otherwise Respond
to Plaintiffs' Class Action Complaint

Pursuant to Local Rule 6-1(a), the undersigned counsel of record for Plaintiffs Normand Perron and G. David Hatfield ("Plaintiffs") and Defendant Hewlett-Packard Company ("Defendant") stipulate and agree that Defendant has until June 11, 2010 to answer, move or otherwise respond to Plaintiffs' initial Class Action Complaint ("Complaint") as follows:

WHEREAS, Plaintiffs filed the Complaint on February 18, 2010;

WHEREAS, Defendant executed and returned a waiver of service of the Complaint on February 23, 2010;

WHEREAS, on April 16, 2010, Plaintiffs and Defendant agreed to extend Defendant's Defendant's deadline to answer, move or otherwise respond from April 23, 2010 until April 30, 2010;

WHEREAS, on April 30, 2010, Defendant filed a motion to stay all proceedings in this action, including Defendant's time to answer, move or otherwise respond to the Complaint;

WHEREAS, on May 20, 2010, the Court found that activity in this matter should not halt while Defendant's Motion to Stay remains pending;

WHEREAS, on May 24, 2010, Plaintiffs and Defendant agreed that Defendant would have until June 11, 2010 to answer, move or otherwise respond to Plaintiffs' Complaint.

IT IS HEREBY STIPULATED, by the parties, that Defendant will be permitted until June 11, 2010 to answer, move or otherwise respond to Plaintiffs' Complaint.

Dated:  May 28, 2010        MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ Kristofor T. Henning*
      Kristofor T. Henning

      Attorneys for Defendant
      HEWLETT-PACKARD COMPANY

Dated:  May 28, 2010        RAM & OLSON LLP
                            EDELSON & ASSOCIATES, LLC
                            SPECTOR, ROSEMAN & KODROFF & WILLIS, P.C.

By:   */s/ John A. Macoretta*
      John A. Macoretta
      Attorneys for Plaintiffs