UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

* * * * * * * * * * *

CASE NO: 5:10-cv-00695-JW

TITLE: Perron et al v. Hewlett-Packard Company

**REASSIGNMENT ORDER**

IT IS ORDERED that this case is reassigned to the Honorable Lucy H. Koh for all further proceedings.

1. All future filings shall bear the new initials LHK immediately after the case number.

2. All subsequent hearings shall be held in Courtroom 4 on the 5th Floor of the United States Courthouse, 280 S. 1st Street, San Jose, California.

3. All matters previously referred to a magistrate judge shall remain before that magistrate judge.

4. Cases previously referred to an ADR process (at filing, by order of the previously assigned judge or by stipulation and order) shall proceed under the terms of the applicable ADR local rule.  Dates for previously scheduled ADR telephone conferences shall remain in effect.

5. All discovery cutoff dates and other deadlines associated with the case, such as disclosure and expert deadlines, shall remain in effect.

6. All status and case management conference dates are VACATED and will be reset by the Court.

7. Except for those already set before a magistrate judge, all other pending motions are terminated, and all other law and motion hearing dates are VACATED.  A

moving party shall renotice the motion after contacting Martha Parker Brown, Judge Koh's Courtroom Deputy, at (408) 535-5346 and obtaining an available Thursday at 1:30 p.m.  Documents previously filed regarding the motion need not be refiled except as follows.  Upon resetting, each party shall submit to the Clerk one three-hole punched paper copy of all documents filed by that party marked as a duplicate for the chambers of the reassigned judge.  As dates fall due for any further responsive documents, they should be filed in accordance with the local rules and standing orders.

8. All pretrial conference and trial dates currently set for dates before December 1, 2010 are VACATED.  All discovery cutoff dates and other deadlines associated with the case remain in effect.

9. All pretrial conference and trial dates currently set for dates on or after December 1, 2010, as well as other deadlines associated with the case, remain in effect, unless and until otherwise ordered by the Court.

10. In addition to the foregoing, no later than August 18, 2010, all parties shall file a Joint Case Management Statement (separate statements are appropriate if either party is proceeding without counsel).  The Statement should not exceed ten pages in length and should address the following items in the following order:

    a. Date case was filed;
    b. List or description of all parties;
    c. Summary of all claims, counter-claims, cross-claims, third party claims;
    d. Brief description of the event underlying the action;
    e. Description of relief sought and damages claimed with an explanation as to how damages are computed;
    f. Status of discovery (including any limits or cutoff dates);
    g. Procedural history of the case including previous motions decided and/or submitted, ADR proceedings or settlement conferences scheduled or concluded, appellate proceedings pending or concluded, and any previous referral to a magistrate judge;
    h. Other deadlines in place (before reassignment), including those for dispositive motions, pretrial conferences, and trials;
    i. Any requested modification of these dates and reason for the request;
    j. Whether the parties will consent to a magistrate judge for trial;
    k. If there exists an immediate need for a case management conference to be scheduled in the action.

11. When the Court sets an initial or subsequent case management conference, all parties must file a Joint Case Management Statement or Subsequent Case Management Statement in compliance with the Standing Order for All Judges of

the Northern District of California re: Contents of Joint Case Management Statement and Civil L.R. 16-9 and 16-10.

12. Should counsel need to contact the Court regarding this Order, please contact Martha Parker Brown, Judge Koh's Courtroom Deputy, at (408) 535-5346.

DATED: August 2, 2010     FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking, Clerk

3

*Copies to all parties*