RAM & OLSON LLP
MICHAEL F. RAM (SBN 104805)
mram@ramolson.com
KARL OLSON (SBN 104760)
kolson@ramolson.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

EDELSON & ASSOCIATES, LLC
Marc H. Edelson (*Pro Hac Vice*)
medelson@edelson-law.com
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey L. Kodroff (*Pro Hac Vice*)
jkodroff@srkw-law.com
John A. Macoretta
JMacoretta@srkw-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Attorneys for Plaintiffs and the Class*

MORGAN, LEWIS & BOCKIUS LLP
Kristofor T. Henning (PAB 85047) (Pro Hac Vice)
khenning@morganlewis.com
Franco A. Corrado (PA 91436) (Pro Hac Vice)
fcorrado@morganlewis.com
Shevon L. Scarafile (PAB 206552) (Pro Hac Vice)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

*Attorneys for Defendant Hewlett-Packard Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | |
|---|---|
| NORMAND PERRON, and G. DAVID HATFIELD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. C-10-0695-LHK<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY LITIGATION** |

Plaintiffs Norman Perron and G. David Hatfield and Defendant Hewlett-Packard ("HP") hereby stipulate as follows:

1. HP re-filed motions to dismiss and stay these proceedings on August 13, 2010 (Docket No. 36).

2. On September 15, 2010 Judge James Ware of this Court issued an Order (document No. 250) in the *Nvidia GPU litigation*, Case No. 08-04312 which preliminarily approved a settlement. Paragraph 14 of that Order states that "Pending final determination of whether the Settlement should be approved, the Plaintiffs, all Settlement Class Members, and each of them, and anyone who acts or purports to act on their behalf, shall not institute, commence or prosecute any action which asserts Released Claims against any Released Person." On September 23, 2010, HP moved to stay all proceedings in this matter pending a determination whether the *Nvidia* settlement should be finally approved (Doc. No. 38). HP argued, among other things, that Plaintiffs' claims in this matter are "Released Claims" for purposes of Judge Ware's September 15, 2010 preliminary approval order and HP is a "Released Person" for purposes of that order. Plaintiffs agree it is possible that their claims herein fall within the definition of "Released Claims" in the *Nvidia* settlement. Plaintiffs will be filing objections to the Nvidia settlement.

3. The parties to this case hereby stipulate that all proceedings in this litigation are stayed until 30 days after Judge Ware rules on the upcoming Motion for Final Approval of Settlement in the *Nvidia GPU litigation*.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. This Stipulation is entered into without prejudice to either party's right to seek a further stay of this case.

SO STIPULATED.

Dated: October 5, 2010

    /s/ Michael F. Ram
Michael F. Ram (SBN 104805)
mram@ramolson.com
KARL OLSON (SBN 104760)
kolson@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs and the Class*

Dated: October 5, 2010

    /s/ Kristofor T. Henning
Kristofor T. Henning (PAB 85047) (*Pro Hac Vice*)
khenning@morganlewis.com
Franco A. Corrado (PA 91436) (*Pro Hac Vice*)
fcorrado@morganlewis.com
Shevon L. Scarafile (PAB 206552) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Howard Holderness (SBN 169814)
hholderness@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendant Hewlett-Packard Company*

SO ORDERED.

Dated October 7, 2010

    */s/ Lucy H. Koh*
Lucy H. Koh
Judge, United States District Court

N:\docs\1113-03\pleadings\Stip re MotStay-FINAL2.doc

**EXHIBIT A**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: October 5, 2010

      */s/ Michael F. Ram*
MICHAEL F. RAM (SBN 104805)
mram@ramolson.com
KARL OLSON (SBN 104760)
kolson@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs and the Class*