UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMAND PERRON, and G. DAVID HATFIELD, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>                Defendant. | Case No.: 10-CV-00695-LHK<br><br>ORDER LIFTING STAY |

On October 7, 2010, the Court issued an order, pursuant to the parties' stipulation, staying this case until 30 days after Judge Ware ruled on the Motion for Final Approval of Settlement in the Nvidia GPU litigation, Case No. 08-04312. On December 20, 2010, Judge Ware granted final approval of the settlement and entered judgment in the Nvidia GPU litigation. On February 17, 2011, Defendant moved to dismiss the instant action. Because the Nvidia GPU litigation has been resolved and the parties have resumed litigation of the instant action, the Court hereby lifts the stay of this case.

**IT IS SO ORDERED.**

Dated: February 22, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00695-LHK
ORDER LIFTING STAY