RAM & OLSON LLP
MICHAEL F. RAM (SBN 104805)
mram@ramolson.com
KARL OLSON (SBN 104760)
kolson@ramolson.com
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

EDELSON & ASSOCIATES, LLC
Marc H. Edelson (*Pro Hac Vice*)
medelson@edelson-law.com
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey L. Kodroff (*Pro Hac Vice*)
jkodroff@srkw-law.com
John A. Macoretta
JMacoretta@srkw-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Attorneys for Plaintiffs and the Class*

MORGAN, LEWIS & BOCKIUS LLP
Kristofor T. Henning (PAB 85047) (Pro Hac Vice)
khenning@morganlewis.com
Franco A. Corrado (PA 91436) (Pro Hac Vice)
fcorrado@morganlewis.com
Shevon L. Scarafile (PAB 206552) (Pro Hac Vice)
1701 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001

*Attorneys for Defendant Hewlett-Packard Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | |
|---|---|
| NORMAND PERRON, and G. DAVID HATFIELD, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br>     v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>               Defendant. | CASE NO.  C-10-0695-LHK<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ADVANCE HEARING OF PLAINTIFFS' MOTION TO STAY LITIGATION** |

Plaintiffs Normand Perron and G. David Hatfield and Defendant Hewlett-Packard ("HP") hereby stipulate as follows:

1. On September 15, 2010 Judge James Ware of this Court issued an Order (Document No. 250) in the *Nvidia GPU litigation*, Case No. 08-04312 which preliminarily approved a settlement. Paragraph 14 of that Order states that "Pending final determination of whether the Settlement should be approved, the Plaintiffs, all Settlement Class Members, and each of them, and anyone who acts or purports to act on their behalf, shall not institute, commence or prosecute any action which asserts Released Claims against any Released Person." On September 23, 2010, HP moved to stay all proceedings in this matter pending a determination whether the *Nvidia* settlement should be finally approved (Doc. No. 38). HP argued, among other things, that Plaintiffs' claims in this matter are "Released Claims" for purposes of Judge Ware's September 15, 2010 preliminary approval order and HP is a "Released Person" for purposes of that order. Plaintiffs agreed that it is possible that their claims herein fall within the definition of "Released Claims" in the *Nvidia* settlement. Plaintiffs filed objections to the Nvidia settlement.

3. Judge Ware granted the Motion for Final Approval of Settlement in the *Nvidia GPU litigation*.

4. On January 14, 2011, Plaintiffs appealed the final approval of the NVIDIA GPU settlement.

5. On March 14, 2011, Plaintiffs filed a one-page motion to stay this case. To conserve judicial resources, Plaintiffs move to stay this *Perron* wireless case until their appeal of the NVIDIA graphics settlement approval is resolved. Plaintiffs agree that their claims in this matter are released in the NVIDIA settlement. Therefore, if Plaintiffs lose the appeal, then their claims in this case will be extinguished.

/ / /

/ / /

/ / /

/ / /

6. Because the oppositions to HP's two motions to dismiss are due on April 14, the parties have agreed, subject to Court approval, to advance the hearing on Plaintiffs' Motion to Stay this case to April 7, 2011 at 1:30 p.m. HP's response would be due on March 28, 2011 and Plaintiffs' reply on March 31, 2011.

SO STIPULATED.

Dated: March 18, 2011

/s/ Michael F. Ram
Michael F. Ram (SBN 104805)
mram@ramolson.com
KARL OLSON (SBN 104760)
kolson@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs and the Class*

Dated: March 18, 2011

*/s/ Kristofor T. Henning*
Kristofor T. Henning (PAB 85047) (*Pro Hac Vice*)
khenning@morganlewis.com
Franco A. Corrado (PA 91436) (*Pro Hac Vice*)
fcorrado@morganlewis.com
Shevon L. Scarafile (PAB 206552) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Howard Holderness (SBN 169814)
hholderness@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendant Hewlett-Packard Company*

SO ORDERED.

Date: March 21, 2011

_____
Lucy H. Koh
Judge, United States District Court

N:\Docs\1113-03\Pleadings\StipMotStay Advance Hearing-FINAL.doc

**EXHIBIT A**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: March 18, 2011

        */s/ Michael F. Ram*
MICHAEL F. RAM (SBN 104805)
mram@ramolson.com
KARL OLSON (SBN 104760)
kolson@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiffs and the Class*